## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 15-16524 |
| | ) | CHAPTER 7 |
| ROY MICHAEL TAYLOR and | ) | |
| JACQUELYN TAYLOR, | ) | |
|     Debtor(s). | ) | JUDGE BRUCE W. BLACK |
| | ) | (Joliet) |

### NOTICE OF MOTION

To:   See Attached Service List

### TRUSTEE'S CERTIFICATE OF SERVICE FOR
### NOTICE OF TRUSTEE'S FINAL REPORT

### PROOF OF SERVICE

    I, the undersigned attorney, certify that I served a copy of this Notice and attached Motion upon the person(s) listed above by mailing the same in a properly addressed envelope, postage prepaid, and placed in a U.S. depository in Oswego, Illinois on the 28th day of July, 2016, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid document with the Bankruptcy Clerk of the Court.

                                                     */s/ Peter N. Metrou*
                                                     **Bankruptcy Trustee**

Prepared by:
**PETER N. METROU**
Metrou & Associates, P.C.
123 W. Washington St., Ste. 216
Oswego, Illinois 60543
(630) 551-7171

SERVICE LIST

American InfoSource LP as agent for
Presence Health
PO Box 248838
Oklahoma City, OK  73124-8838

Amsurg Surgery Center
998 129th Infantry Dr
Joliet,IL 60435-6893

Associated Anesthesiologists
PO Box 936
Bedford Park,IL 60499-0936

Associated Rad. Joliet
Attn: Bankruptcy Department
PO Box 3837
Springfield,IL 62708-3837

ATG Credit
Attn: Bankruptcy Dept.
1700 W Cortland St Ste 2
Chicago,IL 60622-1131

Barclays BANK Delaware
Attn: Bankruptcy Dept.
125 S West St
Wilmington,DE 19801-5014

BBY/CBNA
Attn: Bankruptcy Dept.
50 Northwest Point Road
Elk Grove Village,IL 60007-1032

CAP1/Bstby
Attn: Bankruptcy Dept.
26525 N Riverwoods Blvd
Mettawa,IL 60045-3440

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One, N.A.
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

Capital Recovery V, LLC
c/o Recovery Management Systems
Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Cardiac Surgery
333 madison St
Joliet,IL 60435-8200

Chase Mortgage
Bankruptcy Department
3415 Vision Drive
Columbus,OH 43219-6009

CITI
Attn: Bankruptcy Dept.
Po Box 6241
Sioux Falls,SD 57117-6241

Credit ONE BANK NA
Attn: Bankruptcy Dept.
Po Box 98875
Las Vegas,NV 89193-8875

Creditors Discount & A
Attn: Bankruptcy Dept.
415 E Main St
Streator,IL 61364-2927

DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover FIN SVCS LLC
Attn: Bankruptcy Dept.
Po Box 15316
Wilmington,DE 19850-5316

EMP of Will County
Bankruptcy Department
PO Box 637527
Cincinnati,OH 45263-7527

ENT Surgical Consultants
Bankruptcy Department
2201 Glenwood Ave.
Joliet,IL 60435-5660

Equifax
Attn: Bankruptcy Dept.
PO Box 740241
Atlanta,GA 30374-0241

Experian
Attn: Bankruptcy Dept.
PO Box 2002
Allen,TX 75013-2002

Fairway Estates
PO Box 4141
Joliet,IL 60434-4141

Future Diagnostic Group
254 Republic Ave
Joliet,IL 60435-6518

Heart Care Centers of Illinois
Bankruptcy Department
19001 Old LaGrange Rd., 2nd fl
Mokena,IL 60448-8013

SERVICE LIST

Heartland
1300 Copperfield Ave
Joliet,IL 60432-2004

Illinois Collection SE
Attn: Bankruptcy Dept.
8231 185Th St Ste 100
Tinley Park,IL 60487-9356

Jacquelyn A Taylor
2603 Eagle Drive
APT# 6
Joliet, IL 60436-1077

Joliet Radiological
36910 Treasury Center
Chicago,IL 60694-6900

Kohls/Capone
Attn: Bankruptcy Dept.
N56 W 17000 Ridgewood Dr
Menomonee Falls,WI 53051-7096

Kristin T Schindler
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603-5920

Loyola University Medical Center
PO Box 3021
Milwaukee,WI 53201-3021

MBB
Attn: Bankruptcy Dept.
1460 Renaissance Dr
Park Ridge,IL 60068-1331

Mcydsnb
Attn: Bankruptcy Dept.
9111 Duke Blvd
Mason,OH 45040-8999

Medicredit, INC
Attn: Bankruptcy Dept.
Po Box 1629
Maryland Heights,MO 63043-0629

Merchants Credit Guide
Attn: Bankruptcy Dept.
223 W Jackson Blvd Ste 4
Chicago,IL 60606-6914

Meridian Medical Associates
2100 Glenwood Ave
Joliet,IL 60435-5487

Midlwest Respiratory
10660 West 143rd St suite B
Orland Park,IL 60462-1989

Midwest Emergency Assoc.
Bankruptcy Department
PO Box 6500
Chicago,IL 60680-6500

Midwest Hospitals
2100 Glenwood Ave
Joliet,IL 60435-5487

MiraMed Revenue Group
Bankruptcy Department
Dept. 77304, PO Box 77000
Detroit,MI 48277-2000

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Peter N Metrou
Metrou & Associates PC
123 W Washington St Suite 216
Oswego, IL 60543-1049

Presence Health
1643 Lewis Ave
Suite 203
Billings,MT 59102-4151

PYOD, LLC its successors and assigns as assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

PYOD, LLC its successors and assigns as assi
of FNBM, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Right Source
Po box 745099
Cincinnati,OH 45274-5099

Roy Michael Taylor
2603 Eagle Drive
APT# 6
Joliet, IL 60436-1077

Saint Joseph Hospital
Bankruptcy Department
62392 Collection Center Dr.
Chicago,IL 60693-0623

Sears/CBNA
Attn: Bankruptcy Dept.
Po Box 6282
Sioux Falls,SD 57117-6282

Sears/CBNA
Attn: Bankruptcy Dept.
Po Box 6283
Sioux Falls,SD 57117-6283

Silver Cross Hospital
1900 Silver Cross Blvd
New Lenox,IL 60451-9509

SERVICE LIST

| | | |
|---|---|---|
| Southwest Gastroenterology<br>Bankruptcy Department<br>9921 Southwest Highway<br>Oak Lawn,IL 60453-3754 | St. Joseph Medical Center<br>Attn: Bankruptcy Department<br>333 N. Madison St.<br>Joliet,IL 60435-8200 | Syncb/Amazon<br>Attn: Bankruptcy Dept.<br>Po Box 965015<br>Orlando,FL 32896-5015 |
| Syncb/CARE CREDIT<br>Attn: Bankruptcy Dept.<br>950 Forrer Blvd<br>Kettering,OH 45420-1469 | Syncb/Chevron<br>Attn: Bankruptcy Dept.<br>Po Box 965015<br>Orlando,FL 32896-5015 | Syncb/JCP<br>Attn: Bankruptcy Dept.<br>Po Box 965007<br>Orlando,FL 32896-5007 |
| Syncb/PAYPAL SMART CON<br>Attn: Bankruptcy Dept.<br>Po Box 965005<br>Orlando,FL 32896-5005 | Syncb/SAMS CLUB<br>Attn: Bankruptcy Dept.<br>Po Box 965005<br>Orlando,FL 32896-5005 | Syncb/Toysrus<br>Attn: Bankruptcy Dept.<br>Po Box 965005<br>Orlando,FL 32896-5005 |
| Syncb/WALMART DC<br>Attn: Bankruptcy Dept.<br>Po Box 965024<br>Orlando,FL 32896-5024 | Syncb/Walmart<br>Attn: Bankruptcy Dept.<br>Po Box 965024<br>Orlando,FL 32896-5024 | Synchrony Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 |
| Transunion<br>Attn: Bankruptcy Dept.<br>PO Box 1000<br>Chester,PA 19022-1023 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 |