# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| ROY MICHAEL TAYLOR | § | Case No. 15-16524 |
| JACQUELYN A TAYLOR | § | |
| | § | |
| Debtors | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 70,275.00
*(Without deducting any secured claims)*

Assets Exempt: 69,075.00

Total Distributions to Claimants: 6,304.41

Claims Discharged
Without Payment:  315,876,054.63

Total Expenses of Administration:  1,695.59

---

3) Total gross receipts of $ 8,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 8,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 73,278.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,695.59 | 1,695.59 | 1,695.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 315,763,582.00 | 45,499.04 | 45,499.04 | 6,304.41 |
| **TOTAL DISBURSEMENTS** | $ 315,836,860.00 | $ 47,194.63 | $ 47,194.63 | $ 8,000.00 |

4)  This case was originally filed under chapter 7 on  05/08/2015 .  The case was pending for 17 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  09/28/2016                      By:/s/Peter N. Metrou, Trustee
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preferential Transfer Collection | 1241-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Chase Mortgage | | 73,278.00 | NA | NA | 0.00 |
| | 2 Fairway Estates PO Box 4141 Joliet IL 60436 | | 0.00 | NA | NA | 0.00 |
| | Bankruptcy Department 3415 Vision Drive | | 0.00 | NA | NA | 0.00 |
| | Columbus OH 43219 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 73,278.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Peter N. Metrou | 2100-000 | NA | 1,550.00 | 1,550.00 | 1,550.00 |
| Peter N. Metrou | 2200-000 | NA | 77.14 | 77.14 | 77.14 |
| Associated Bank | 2600-000 | NA | 68.45 | 68.45 | 68.45 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,695.59 | $ 1,695.59 | $ 1,695.59 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | [X] None | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Amsurg Surgery Center 998 129th Infantry Dr Joliet IL 60435 : 2 Associated Anesthesiologists PO Box 936 Bedford Park IL 60499 : 3 Associated Rad. Joliet Attn: Bankruptcy Department PO Box 3837 Springfield IL 62708-3837 | | 52,536,413.00 | NA | NA | 0.00 |
| | 10 Capital ONE BANK USA N Attn: Bankruptcy Dept. 15000 Capital One Dr Richmond VA 23238 | | 2,249.00 | NA | NA | 0.00 |
| | 11 Capital ONE BANK USA N Attn: Bankruptcy Dept. 15000 Capital One Dr Richmond VA 23238 | | 3,390.00 | NA | NA | 0.00 |
| | 12 Cardiac Surgery 333 madison St Joliet IL 60435 | | 503.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 13 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | 5,226.00 | NA | NA | 0.00 |
| | 14 CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | 5,859.00 | NA | NA | 0.00 |
| | 15 Credit ONE BANK NA Attn: Bankruptcy Dept. Po Box 98875 Las Vegas NV 89193 | | 337.00 | NA | NA | 0.00 |
| | 16 Creditors Discount & A Attn: Bankruptcy Dept. 415 E Main St Streator IL 61364 | | 1,047.00 | NA | NA | 0.00 |
| | 17 Discover FIN SVCS LLC Attn: Bankruptcy Dept. Po Box 15316 Wilmington DE 19850 : NULL 18 EMP of Will County Bankruptcy Department PO Box 637527 Cincinnati OH 45263 | | 374,438.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 19 ENT Surgical Consultants Bankruptcy Department 2201 Glenwood Ave. Joliet IL 60435 : 20 Future Diagnostic Group 254 Republic Ave Joliet IL 60435 : 21 Heart Care Centers of Illinois Bankruptcy Department 19001 Old LaGrange Rd., 2nd fl Mokena IL 60448 : 22 | | 193,146,878.00 | NA | NA | 0.00 |
| | 23 Illinois Collection SE Attn: Bankruptcy Dept. 8231 185Th St Ste 100 Tinley Park IL 60487 :  14610118 24 Joliet Radiological 36910 Treasury Center Chicago IL 60694 | | 15,168.00 | NA | NA | 0.00 |
| | 25 Kohls/Capone Attn: Bankruptcy Dept. N56 W 17000 Ridgewood Dr Menomonee Falls WI 53051 | | 2,458.00 | NA | NA | 0.00 |
| | 26 Loyola University Medical Center PO Box 3021 Milwaukee WI 53201 | | 2,640.00 | NA | NA | 0.00 |
| | 27 MBB Attn: Bankruptcy Dept. 1460 Renaissance Dr Park Ridge IL 60068 | | 271.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 28 Mcydsnb Attn: Bankruptcy Dept. 9111 Duke Blvd Mason OH 45040 | | 1,047.00 | NA | NA | 0.00 |
| | 29 Medicredit, INC Attn: Bankruptcy Dept. Po Box 1629 Maryland Heights MO 63043 | | 1,575.00 | NA | NA | 0.00 |
| | 30 Merchants Credit Guide Attn: Bankruptcy Dept. 223 W Jackson Blvd Ste 4 Chicago IL 60606 :  8090130238 31 Meridian Medical Associates 2100 Glenwood Ave Joliet IL 60435 : 32 Midlwest Respiratory 10660 West 143rd St suite B Orland Park IL 60462 | | 26,339,137.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 33 Midwest Emergency Assoc. Bankruptcy Department PO Box 6500 Chicago IL 60680 : 34 Midwest Hospitals 2100 Glenwood Ave Joliet IL 60435 : 35 MiraMed Revenue Group Bankruptcy Department Dept. 77304, PO Box 77000 Detroit MI 48277 : 36 Presence Health 1643 Le | | 0.00 | NA | NA | 0.00 |
| | 39 Sears/CBNA Attn: Bankruptcy Dept. Po Box 6283 Sioux Falls SD 57117 | | 2,336.00 | NA | NA | 0.00 |
| | 4 ATG Credit Attn: Bankruptcy Dept. 1700 W Cortland St Ste 2 Chicago IL 60622 | | 250.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 40 Sears/CBNA Attn: Bankruptcy Dept. Po Box 6282 Sioux Falls SD 57117 : NULL 41 Silver Cross Hospital 1900 Silver Cross Blvd New Lenox IL 60451 : 42 Southwest Gastroenterology Bankruptcy Department 9921 Southwest Highway Oak Lawn IL 60453 : 43 St. Joseph | | 0.00 | NA | NA | 0.00 |
| | 44 Syncb/Amazon Attn: Bankruptcy Dept. Po Box 965015 Orlando FL 32896 | | 1,707.00 | NA | NA | 0.00 |
| | 45 Syncb/CARE CREDIT Attn: Bankruptcy Dept. 950 Forrer Blvd Kettering OH 45420 | | 63.00 | NA | NA | 0.00 |
| | 46 Syncb/CARE CREDIT Attn: Bankruptcy Dept. 950 Forrer Blvd Kettering OH 45420 | | 164.00 | NA | NA | 0.00 |
| | 47 Syncb/Chevron Attn: Bankruptcy Dept. Po Box 965015 Orlando FL 32896 | | 849.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 48 Syncb/JCP Attn: Bankruptcy Dept. Po Box 965007 Orlando FL 32896 | | 4.00 | NA | NA | 0.00 |
| | 49 Syncb/JCP Attn: Bankruptcy Dept. Po Box 965007 Orlando FL 32896 | | 1,314.00 | NA | NA | 0.00 |
| | 5 Barclays BANK Delaware Attn: Bankruptcy Dept. 125 S West St Wilmington DE 19801 | | 1,804.00 | NA | NA | 0.00 |
| | 50 Syncb/PAYPAL SMART CON Attn: Bankruptcy Dept. Po Box 965005 Orlando FL 32896 | | 2,889.00 | NA | NA | 0.00 |
| | 51 Syncb/SAMS CLUB Attn: Bankruptcy Dept. Po Box 965005 Orlando FL 32896 | | 1,337.00 | NA | NA | 0.00 |
| | 52 Syncb/SAMS CLUB Attn: Bankruptcy Dept. Po Box 965005 Orlando FL 32896 | | 1,720.00 | NA | NA | 0.00 |
| | 53 Syncb/Toysrus Attn: Bankruptcy Dept. Po Box 965005 Orlando FL 32896 | | 57.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 54 Syncb/Walmart Attn: Bankruptcy Dept. Po Box 965024 Orlando FL 32896 | | 3,262.00 | NA | NA | 0.00 |
| | 55 Syncb/WALMART DC Attn: Bankruptcy Dept. Po Box 965024 Orlando FL 32896 :  NULL 56 US Bank Bankruptcy Department PO Box 2407 Minneapolis MN 55402 | | 43,303,967.00 | NA | NA | 0.00 |
| | 57 Webbank/DFS Attn: Bankruptcy Dept. 1 Dell Way Round Rock TX 78682 | | 1,454.00 | NA | NA | 0.00 |
| | 6 BBY/CBNA Attn: Bankruptcy Dept. 50 Northwest Point Road Elk Grove Village IL 60007 | | 1,001.00 | NA | NA | 0.00 |
| | 7 CAP1/Bstby Attn: Bankruptcy Dept. 26525 N Riverwoods Blvd Mettawa IL 60045 | | 0.00 | NA | NA | 0.00 |
| | 8 Capital ONE BANK USA N Attn: Bankruptcy Dept. 15000 Capital One Dr Richmond VA 23238 | | 134.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 9 Capital ONE BANK USA N Attn: Bankruptcy Dept. 15000 Capital One Dr Richmond VA 23238 | | 634.00 | NA | NA | 0.00 |
| 10 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 900.00 | 900.00 | 124.71 |
| 11 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 1,216.00 | 1,216.00 | 168.49 |
| 7 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 385.01 | 385.01 | 53.35 |
| 8 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 3,005.20 | 3,005.20 | 416.40 |
| 9 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 1,241.00 | 1,241.00 | 171.95 |
| 3 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 134.52 | 134.52 | 18.64 |
| 4 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 666.49 | 666.49 | 92.35 |
| 5 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 2,249.82 | 2,249.82 | 311.74 |
| 6 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 3,531.22 | 3,531.22 | 489.29 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | CAPITAL ONE, N.A. | 7100-000 | NA | 2,458.59 | 2,458.59 | 340.67 |
| 12 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 275.08 | 275.08 | 38.12 |
| 13 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 3,318.22 | 3,318.22 | 459.78 |
| 14 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 849.88 | 849.88 | 117.76 |
| 15 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 1,707.89 | 1,707.89 | 236.65 |
| 16 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 1,302.16 | 1,302.16 | 180.43 |
| 17 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 1,720.61 | 1,720.61 | 238.41 |
| 18 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 1,337.13 | 1,337.13 | 185.27 |
| 19 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 4,471.37 | 4,471.37 | 619.56 |
| 20 | CAPITAL RECOVERY V, LLC | 7100-000 | NA | 2,929.62 | 2,929.62 | 405.93 |
| 23 | DELL FINANCIAL SERVICES, LLC | 7100-000 | NA | 1,472.62 | 1,472.62 | 204.05 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | DISCOVER BANK | 7100-000 | NA | 3,839.03 | 3,839.03 | 531.94 |
| 24 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | NA | 5,859.73 | 5,859.73 | 811.93 |
| 25 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE | 7100-000 | NA | 377.62 | 377.62 | 52.32 |
| 21 | SYNCHRONY BANK | 7100-000 | NA | 185.00 | 185.00 | 25.63 |
| 22 | SYNCHRONY BANK | 7100-000 | NA | 65.23 | 65.23 | 9.04 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 315,763,582.00 | $ 45,499.04 | $ 45,499.04 | $ 6,304.41 |

**FORM 7**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| Case No: | 15-16524 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | ROY MICHAEL TAYLOR | | | | | Date Filed (f) or Converted (c): | 05/08/2015 (f) |
| | JACQUELYN A TAYLOR | | | | | 341(a) Meeting Date: | 06/09/2015 |
| For Period Ending: | 09/28/2016 | | | | | Claims Bar Date: | 10/06/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2603 Eagle Drive 6 Joliet, IL 60436 (Debtor's Resi | 99,000.00 | 0.00 | | 0.00 | FA |
| 2. Preferential Transfer Collection (u) | 0.00 | 8,000.00 | | 8,000.00 | FA |
| 3. CHECKING ACCOUNT WITH FIRST COMMUNITY BANK | 150.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. BOOKS/COLLECTIBLES | 100.00 | 0.00 | | 0.00 | FA |
| 6. WEARING APPAREL | 175.00 | 0.00 | | 0.00 | FA |
| 7. TERM LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |
| 8. PENSION / PROFIT SHARING | 0.00 | 0.00 | | 0.00 | FA |
| 9. PROCEEDS FROM W/C CALIM | 26,000.00 | 0.00 | | 0.00 | FA |
| 10. 2004 HUNDAI SANTA FE | 3,175.00 | 0.00 | | 0.00 | FA |
| 11. 2004 FORD F150 | 4,075.00 | 0.00 | | 0.00 | FA |
| 12. 2011 PULL BEHIND TRAILER | 5,675.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $139,350.00  $8,000.00  $8,000.00  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Settled transfer of auto to family member. Claims review in process.

RE PROP #  2  --  Collection of preferential transfer made to Debtor's father winthin one year prior to bankruptcy filing.

Initial Projected Date of Final Report (TFR): 06/01/2016  Current Projected Date of Final Report (TFR): 06/01/2016

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: 15-16524 | | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ROY MICHAEL TAYLOR | | Bank Name: Associated Bank |
| JACQUELYN A TAYLOR | | Account Number/CD#: XXXXXX5348 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0940 | | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 09/28/2016 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/09/15 | 2 | NAUGHTON, THOMAS 25 Warren AvenueNew Lenox, IL 60451 | recovery of preferential trans | | $8,000.00 | | $8,000.00 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | | | $10.00 | $7,990.00 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | | | $11.88 | $7,978.12 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | | | $11.48 | $7,966.64 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | | | $11.84 | $7,954.80 |
| 12/07/15 | | Associated Bank | BANK SERVICE FEE | | | $11.44 | $7,943.36 |
| 01/08/16 | | Associated Bank | BANK SERVICE FEE | | | $11.81 | $7,931.55 |
| 08/23/16 | 5004 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte, NC  28272-1083 | Distribution Reversal Accidently printed one check for all Capital One Bank (USA), N.A. claims. | | | ($912.02) | $8,843.57 |
| | | CAPITAL ONE BANK (USA), N.A. | Final distribution to claim 3 representing a payment of 13.86 % per court order. | $18.64 | 7100-000 | | |
| | | CAPITAL ONE BANK (USA), N.A. | Final distribution to claim 4 representing a payment of 13.86 % per court order. | $92.35 | 7100-000 | | |
| | | CAPITAL ONE BANK (USA), N.A. | Final distribution to claim 5 representing a payment of 13.86 % per court order. | $311.74 | 7100-000 | | |
| | | CAPITAL ONE BANK (USA), N.A. | Final distribution to claim 6 representing a payment of 13.86 % per court order. | $489.29 | 7100-000 | | |
| 08/23/16 | 5005 | AMERICAN INFOSOURCE LP AS AGENT FOR Presence Health PO Box 248838 Oklahoma City, OK  73124-8838 | Distribution Reversal Accidently printed one check for each American Infosource LP claims.  To reissue checks for each claim. | | | ($934.90) | $9,778.47 |


UST Form 101-7-TDR (10/1/2010) (Page: 17)

Page Subtotals:                    $8,000.00          ($1,778.47)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-16524 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ROY MICHAEL TAYLOR | Bank Name: Associated Bank |
| JACQUELYN A TAYLOR | Account Number/CD#: XXXXXX5348 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0940 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 09/28/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | AMERICAN INFOSOURCE LP AS AGENT FOR | Final distribution to claim 7 representing a payment of 13.86 % per court order. | $53.35 | 7100-000 | | | |
| | | AMERICAN INFOSOURCE LP AS AGENT FOR | Final distribution to claim 8 representing a payment of 13.86 % per court order. | $416.40 | 7100-000 | | | |
| | | AMERICAN INFOSOURCE LP AS AGENT FOR | Final distribution to claim 9 representing a payment of 13.86 % per court order. | $171.95 | 7100-000 | | | |
| | | AMERICAN INFOSOURCE LP AS AGENT FOR | Final distribution to claim 10 representing a payment of 13.86 % per court order. | $124.71 | 7100-000 | | | |
| | | AMERICAN INFOSOURCE LP AS AGENT FOR | Final distribution to claim 11 representing a payment of 13.86 % per court order. | $168.49 | 7100-000 | | | |
| 08/23/16 | 5006 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL  33131-1605 | Distribution Reversal Accidently issued one check for multiple claims filed by Capital Recovery V, LLC.  To re-issue checks for each claim separately. | | | ($2,481.91) | $12,260.38 |
| | | CAPITAL RECOVERY V, LLC | Final distribution to claim 12 representing a payment of 13.86 % per court order. | $38.12 | 7100-000 | | | |
| | | CAPITAL RECOVERY V, LLC | Final distribution to claim 13 representing a payment of 13.86 % per court order. | $459.78 | 7100-000 | | | |
| | | CAPITAL RECOVERY V, LLC | Final distribution to claim 14 representing a payment of 13.86 % per court order. | $117.76 | 7100-000 | | | |
| | | CAPITAL RECOVERY V, LLC | Final distribution to claim 15 representing a payment of 13.86 % per court order. | $236.65 | 7100-000 | | | |
| | | CAPITAL RECOVERY V, LLC | Final distribution to claim 16 representing a payment of 13.86 % per court order. | $180.43 | 7100-000 | | | |

Page Subtotals:                                      $0.00        ($2,481.91)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-16524 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ROY MICHAEL TAYLOR | Bank Name: Associated Bank |
| JACQUELYN A TAYLOR | Account Number/CD#: XXXXXX5348 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0940 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 09/28/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | | Uniform Tran. Code | | | |
| | | CAPITAL RECOVERY V, LLC | Final distribution to claim 17 representing a payment of 13.86 % per court order. | $238.41 | 7100-000 | | |
| | | CAPITAL RECOVERY V, LLC | Final distribution to claim 18 representing a payment of 13.86 % per court order. | $185.27 | 7100-000 | | |
| | | CAPITAL RECOVERY V, LLC | Final distribution to claim 19 representing a payment of 13.86 % per court order. | $619.56 | 7100-000 | | |
| | | CAPITAL RECOVERY V, LLC | Final distribution to claim 20 representing a payment of 13.86 % per court order. | $405.93 | 7100-000 | | |
| 08/23/16 | 5007 | SYNCHRONY BANK c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 | Distribution Reversal Accidently issued one check for multiple claims from Synchrony Bank.  To re-issue checks for each claim separately. | | | ($34.67) | $12,295.05 |
| | | SYNCHRONY BANK | Final distribution to claim 21 representing a payment of 13.86 % per court order. | $25.63 | 7100-000 | | |
| | | SYNCHRONY BANK | Final distribution to claim 22 representing a payment of 13.86 % per court order. | $9.04 | 7100-000 | | |
| 08/23/16 | 5001 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL  60543 | Distribution Reversal Trustee to re-distribute checks due to error. | | | ($1,627.14) | $13,922.19 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | $1,550.00 | 2100-000 | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | $77.14 | 2200-000 | | |
| 08/23/16 | 5002 | DISCOVER BANK Discover Products Inc PO Box 3025 New Albany, OH  43054-3025 | Final distribution to claim 1 representing a payment of 13.86 % per court order. Reversal Trustee to re-distribute due to error. | | 7100-000 | ($531.94) | $14,454.13 |

| | | Page Subtotals: | | | $0.00 | ($2,193.75) | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 15-16524 | | | Trustee Name: | Peter N. Metrou, Trustee | Exhibit 9 |
| Case Name: | ROY MICHAEL TAYLOR | | | Bank Name: | Associated Bank | |
| | JACQUELYN A TAYLOR | | | Account Number/CD#: | XXXXXX5348 | |
| | | | | | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: | XX-XXX0940 | | | Blanket Bond (per case limit): | $1,000,000.00 | |
| For Period Ending: | 09/28/2016 | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/23/16 | 5003 | CAPITAL ONE, N.A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Final distribution to claim 2 representing a payment of 13.86 % per court order.<br>Reversal<br>Trustee to re-distribute due to error. | | 7100-000 | | ($340.67) | $14,794.80 |
| 08/23/16 | 5008 | DELL FINANCIAL SERVICES, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10390<br>GREENVILLE, SC 29603-0390 | Final distribution to claim 23 representing a payment of 13.86 % per court order.<br>Reversal<br>Trustee to re-distribute to to error. | | 7100-000 | | ($204.05) | $14,998.85 |
| 08/23/16 | 5009 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF CITIBANK, N.A.<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 24 representing a payment of 13.86 % per court order.<br>Reversal<br>Trustee to re-distribute due to error. | | 7100-000 | | ($811.93) | $15,810.78 |
| 08/23/16 | 5010 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>OF FNBM, LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Final distribution to claim 25 representing a payment of 13.86 % per court order.<br>Reversal<br>Trustee to redistribute due to error. | | 7100-000 | | ($52.32) | $15,863.10 |
| 08/23/16 | 5001 | Peter N. Metrou<br>123 W. Washington St., Ste 216<br>Oswego, IL  60543 | Distribution | | | | $1,627.14 | $14,235.96 |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($1,550.00) | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a payment of 100.00 % per court order. | ($77.14) | 2200-000 | | | |
| 08/23/16 | 5002 | DISCOVER BANK<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Final distribution to claim 1 representing a payment of 13.86 % per court order. | | 7100-000 | | $531.94 | $13,704.02 |

UST Form 101-7-TDR (10/1/2010) *(Page: 20)*

Page Subtotals:    $0.00    $750.11

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-16524 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ROY MICHAEL TAYLOR | Bank Name: Associated Bank |
| JACQUELYN A TAYLOR | Account Number/CD#: XXXXXX5348 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0940 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 09/28/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/23/16 | 5003 | CAPITAL ONE, N.A.<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Final distribution to claim 2 representing a payment of 13.86 % per court order. | 7100-000 | | $340.67 | $13,363.35 |
| 08/23/16 | 5004 | CAPITAL ONE BANK (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Distribution | | | $912.02 | $12,451.33 |
| | | CAPITAL ONE BANK (USA), N.A. | Final distribution to claim 3          ($18.64) representing a payment of 13.86 % per court order. | 7100-000 | | | |
| | | CAPITAL ONE BANK (USA), N.A. | Final distribution to claim 4          ($92.35) representing a payment of 13.86 % per court order. | 7100-000 | | | |
| | | CAPITAL ONE BANK (USA), N.A. | Final distribution to claim 5         ($311.74) representing a payment of 13.86 % per court order. | 7100-000 | | | |
| | | CAPITAL ONE BANK (USA), N.A. | Final distribution to claim 6         ($489.29) representing a payment of 13.86 % per court order. | 7100-000 | | | |
| 08/23/16 | 5005 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Distribution | | | $934.90 | $11,516.43 |
| | | AMERICAN INFOSOURCE LP AS AGENT FOR | Final distribution to claim 7          ($53.35) representing a payment of 13.86 % per court order. | 7100-000 | | | |
| | | AMERICAN INFOSOURCE LP AS AGENT FOR | Final distribution to claim 8         ($416.40) representing a payment of 13.86 % per court order. | 7100-000 | | | |
| | | AMERICAN INFOSOURCE LP AS AGENT FOR | Final distribution to claim 9         ($171.95) representing a payment of 13.86 % per court order. | 7100-000 | | | |
| | | AMERICAN INFOSOURCE LP AS AGENT FOR | Final distribution to claim 10        ($124.71) representing a payment of 13.86 % per court order. | 7100-000 | | | |

| | | | | Page Subtotals: | $0.00 | $2,187.59 |
|---|---|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 21)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-16524 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ROY MICHAEL TAYLOR | Bank Name: Associated Bank |
| JACQUELYN A TAYLOR | Account Number/CD#: XXXXXX5348 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0940 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 09/28/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | AMERICAN INFOSOURCE LP AS AGENT FOR | Final distribution to claim 11 representing a payment of 13.86 % per court order. | ($168.49) | 7100-000 | | | |
| 08/23/16 | 5006 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL  33131-1605 | Distribution | | | $2,481.91 | $9,034.52 |
| | | CAPITAL RECOVERY V, LLC | Final distribution to claim 12 representing a payment of 13.86 % per court order. | ($38.12) | 7100-000 | | | |
| | | CAPITAL RECOVERY V, LLC | Final distribution to claim 13 representing a payment of 13.86 % per court order. | ($459.78) | 7100-000 | | | |
| | | CAPITAL RECOVERY V, LLC | Final distribution to claim 14 representing a payment of 13.86 % per court order. | ($117.76) | 7100-000 | | | |
| | | CAPITAL RECOVERY V, LLC | Final distribution to claim 15 representing a payment of 13.86 % per court order. | ($236.65) | 7100-000 | | | |
| | | CAPITAL RECOVERY V, LLC | Final distribution to claim 16 representing a payment of 13.86 % per court order. | ($180.43) | 7100-000 | | | |
| | | CAPITAL RECOVERY V, LLC | Final distribution to claim 17 representing a payment of 13.86 % per court order. | ($238.41) | 7100-000 | | | |
| | | CAPITAL RECOVERY V, LLC | Final distribution to claim 18 representing a payment of 13.86 % per court order. | ($185.27) | 7100-000 | | | |
| | | CAPITAL RECOVERY V, LLC | Final distribution to claim 19 representing a payment of 13.86 % per court order. | ($619.56) | 7100-000 | | | |
| | | CAPITAL RECOVERY V, LLC | Final distribution to claim 20 representing a payment of 13.86 % per court order. | ($405.93) | 7100-000 | | | |

| | | | Page Subtotals: | | $0.00 | $2,481.91 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-16524 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ROY MICHAEL TAYLOR | Bank Name: Associated Bank |
| JACQUELYN A TAYLOR | Account Number/CD#: XXXXXX5348 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0940 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 09/28/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/23/16 | 5007 | SYNCHRONY BANK c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 | Distribution | | | $34.67 | $8,999.85 |
| | | SYNCHRONY BANK | Final distribution to claim 21 ($25.63) representing a payment of 13.86 % per court order. | 7100-000 | | | |
| | | SYNCHRONY BANK | Final distribution to claim 22 ($9.04) representing a payment of 13.86 % per court order. | 7100-000 | | | |
| 08/23/16 | 5008 | DELL FINANCIAL SERVICES, LLC RESURGENT CAPITAL SERVICES PO BOX 10390 GREENVILLE, SC 29603-0390 | Final distribution to claim 23 representing a payment of 13.86 % per court order. | 7100-000 | | $204.05 | $8,795.80 |
| 08/23/16 | 5009 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 24 representing a payment of 13.86 % per court order. | 7100-000 | | $811.93 | $7,983.87 |
| 08/23/16 | 5010 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF FNBM, LLC RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 25 representing a payment of 13.86 % per court order. | 7100-000 | | $52.32 | $7,931.55 |
| 08/23/16 | 5011 | Peter N. Metrou 123 W. Washington St., Ste 216 Oswego, IL 60543 | Distribution | | | $1,627.14 | $6,304.41 |
| | | Peter N. Metrou | Final distribution representing a ($1,550.00) payment of 100.00 % per court order. | 2100-000 | | | |
| | | Peter N. Metrou | Final distribution representing a ($77.14) payment of 100.00 % per court order. | 2200-000 | | | |
| 08/23/16 | 5012 | DISCOVER BANK Discover Products Inc PO Box 3025 New Albany, OH 43054-3025 | Final distribution to claim 1 representing a payment of 13.86 % per court order. | 7100-000 | | $531.94 | $5,772.47 |

| | Page Subtotals: | $0.00 | $3,262.05 |
|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 23)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-16524 | | Trustee Name: | Peter N. Metrou, Trustee |
| Case Name: | ROY MICHAEL TAYLOR | | Bank Name: | Associated Bank |
| | JACQUELYN A TAYLOR | | Account Number/CD#: | XXXXXX5348 |
| | | | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: | XX-XXX0940 | | Blanket Bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 09/28/2016 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/23/16 | 5013 | CAPITAL ONE, N.A. C O BECKET AND LEE LLP POB 3001 MALVERN, PA 19355-0701 | Final distribution to claim 2 representing a payment of 13.86 % per court order. | 7100-000 | | $340.67 | $5,431.80 |
| 08/23/16 | 5014 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte, NC  28272-1083 | Final distribution to claim 3 representing a payment of 13.86 % per court order. | 7100-000 | | $18.64 | $5,413.16 |
| 08/23/16 | 5015 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte, NC  28272-1083 | Final distribution to claim 4 representing a payment of 13.86 % per court order. | 7100-000 | | $92.35 | $5,320.81 |
| 08/23/16 | 5016 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte, NC  28272-1083 | Final distribution to claim 5 representing a payment of 13.86 % per court order. | 7100-000 | | $311.74 | $5,009.07 |
| 08/23/16 | 5017 | CAPITAL ONE BANK (USA), N.A. PO Box 71083 Charlotte, NC  28272-1083 | Final distribution to claim 6 representing a payment of 13.86 % per court order. | 7100-000 | | $489.29 | $4,519.78 |
| 08/23/16 | 5018 | AMERICAN INFOSOURCE LP AS AGENT FOR Presence Health PO Box 248838 Oklahoma City, OK  73124-8838 | Final distribution to claim 7 representing a payment of 13.86 % per court order. | 7100-000 | | $53.35 | $4,466.43 |
| 08/23/16 | 5019 | AMERICAN INFOSOURCE LP AS AGENT FOR Presence Health PO Box 248838 Oklahoma City, OK  73124-8838 | Final distribution to claim 8 representing a payment of 13.86 % per court order. | 7100-000 | | $416.40 | $4,050.03 |
| 08/23/16 | 5020 | AMERICAN INFOSOURCE LP AS AGENT FOR Presence Health PO Box 248838 Oklahoma City, OK  73124-8838 | Final distribution to claim 9 representing a payment of 13.86 % per court order. | 7100-000 | | $171.95 | $3,878.08 |
| 08/23/16 | 5021 | AMERICAN INFOSOURCE LP AS AGENT FOR Presence Health PO Box 248838 Oklahoma City, OK  73124-8838 | Final distribution to claim 10 representing a payment of 13.86 % per court order. | 7100-000 | | $124.71 | $3,753.37 |

Page Subtotals:                    $0.00        $2,019.10

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-16524 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ROY MICHAEL TAYLOR | Bank Name: Associated Bank |
| JACQUELYN A TAYLOR | Account Number/CD#: XXXXXX5348 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0940 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 09/28/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/23/16 | 5022 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>Presence Health<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Final distribution to claim 11 representing a payment of 13.86 % per court order. | 7100-000 | | $168.49 | $3,584.88 |
| 08/23/16 | 5023 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 12 representing a payment of 13.86 % per court order. | 7100-000 | | $38.12 | $3,546.76 |
| 08/23/16 | 5024 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 13 representing a payment of 13.86 % per court order. | 7100-000 | | $459.78 | $3,086.98 |
| 08/23/16 | 5025 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 14 representing a payment of 13.86 % per court order. | 7100-000 | | $117.76 | $2,969.22 |
| 08/23/16 | 5026 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 15 representing a payment of 13.86 % per court order. | 7100-000 | | $236.65 | $2,732.57 |
| 08/23/16 | 5027 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 16 representing a payment of 13.86 % per court order. | 7100-000 | | $180.43 | $2,552.14 |
| 08/23/16 | 5028 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 17 representing a payment of 13.86 % per court order. | 7100-000 | | $238.41 | $2,313.73 |
| 08/23/16 | 5029 | CAPITAL RECOVERY V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL  33131-1605 | Final distribution to claim 18 representing a payment of 13.86 % per court order. | 7100-000 | | $185.27 | $2,128.46 |

| | | | Page Subtotals: | | $0.00 | $1,624.91 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-16524 | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: ROY MICHAEL TAYLOR | Bank Name: Associated Bank |
| JACQUELYN A TAYLOR | Account Number/CD#: XXXXXX5348 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX0940 | Blanket Bond (per case limit): $1,000,000.00 |
| For Period Ending: 09/28/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/23/16 | 5030 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Final distribution to claim 19 representing a payment of 13.86 % per court order. | 7100-000 | | $619.56 | $1,508.90 |
| 08/23/16 | 5031 | CAPITAL RECOVERY V, LLC c/o Recovery Management Systems Corporat 25 SE 2nd Avenue Suite 1120 Miami, FL 33131-1605 | Final distribution to claim 20 representing a payment of 13.86 % per court order. | 7100-000 | | $405.93 | $1,102.97 |
| 08/23/16 | 5032 | SYNCHRONY BANK c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 | Final distribution to claim 21 representing a payment of 13.86 % per court order. | 7100-000 | | $25.63 | $1,077.34 |
| 08/23/16 | 5033 | SYNCHRONY BANK c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami, FL 33131-1605 | Final distribution to claim 22 representing a payment of 13.86 % per court order. | 7100-000 | | $9.04 | $1,068.30 |
| 08/23/16 | 5034 | DELL FINANCIAL SERVICES, LLC RESURGENT CAPITAL SERVICES PO BOX 10390 GREENVILLE, SC 29603-0390 | Final distribution to claim 23 representing a payment of 13.86 % per court order. | 7100-000 | | $204.05 | $864.25 |
| 08/23/16 | 5035 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A. RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 24 representing a payment of 13.86 % per court order. | 7100-000 | | $811.93 | $52.32 |
| 08/23/16 | 5036 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF FNBM, LLC RESURGENT CAPITAL SERVICES PO BOX 19008 GREENVILLE, SC 29602 | Final distribution to claim 25 representing a payment of 13.86 % per court order. | 7100-000 | | $52.32 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $8,000.00 | $8,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $2,128.46 |

| | | |
|---|---|---|
| Subtotal | $8,000.00 | $8,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $8,000.00 | $8,000.00 |

Exhibit 9

Page Subtotals:                    $0.00            $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5348 - Checking Account (Non-Interest Earn | $8,000.00 | $8,000.00 | $0.00 |
| | $8,000.00 | $8,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | | |
|---|---|---|
| Total Allocation Receipts: | $0.00 | |
| Total Net Deposits: | $8,000.00 | |
| Total Gross Receipts: | $8,000.00 | |